**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 06-6665**

─────────────

KAREEM MUHAMMAD, a/k/a Alfonza Adams,

　　　　　　　　　　　　　　　　　　Plaintiff - Appellant,

　　　versus

DR. DORIS WILLIAMS; K. J. WENDT, Warden,
F.C.I. Gilmer; J. BUNTS, Health Services
Administrator; K. M. WHITE; HARRELL WATTS,

　　　　　　　　　　　　　　　　　　Defendants - Appellees.

─────────────

Appeal from the United States District Court for the Northern
District of West Virginia, at Clarksburg. Irene M. Keeley, Chief
District Judge. (1:05-cv-00006-IMK-JS)

─────────────

Submitted: August 30, 2006　　　　Decided: September 20, 2006

─────────────

Before SHEDD and DUNCAN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Kareem Muhammad, Appellant Pro Se. Daniel W. Dickinson, Jr.,
OFFICE OF THE UNITED STATES ATTORNEY, Wheeling, West Virginia, for
Appellees.

─────────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Kareem Muhammad appeals the district court's order accepting in part and rejecting in part the recommendation of the magistrate judge and denying relief on his complaint filed pursuant to Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Muhammad v. Williams, No. 1:05-cv-00006-IMK-JS (N.D. W. Va. Mar. 31, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED